FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 APR 11  AM 8:44

MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 6:13-cr-74-ORL-18GJK
 18 U.S.C. § 2251(a)
SARAH JAYNE ADLETA  18 U.S.C. § 2253 - Forfeiture

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 15, 2012, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**SARAH JAYNE ADLETA**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

On or about February 16, 2013, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**SARAH JAYNE ADLETA**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to provisions of Title 18, United States Code, Section 2253.

2. From her engagement in violations alleged in Counts One and Two of this Indictment, the defendant, SARAH JAYNE ADLETA, shall forfeit to

the United States, pursuant to Title 18, United States Code, Section 2253, all of her interest in:

    a.    Any visual depiction described in Title, 18 United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: (1) Toshiba Laptop Computer (S/N 9B067645R), (2) Apple MacBook Pro Laptop Computer (S/N W89102ZP2QT), and (3) Apple iPhone 5 (S/N DNXJWOLADTTN).

    3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney

By: _____
A. Lee Bentley, III
Assistant United States Attorney
Chief, Criminal Division

4

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

SARAH JAYNE ADLETA

## INDICTMENT

Violations:

18 U.S.C. § 2251(a) and (d)

A true bill,

_____
Foreperson

Filed in open court this 10th day

of April, 2013

_____
Clerk

Bail $ _____

GPO 863 525