UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO. 6:13-cr-74-Orl-37GJK

SARAH JAYNE ADLETA

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a 2-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG § 5K1.1. Here, the defendant provided truthful and timely information to the United States in the investigation and prosecution of Jonathan Adleta in <u>United States v. Jonathan Adleta</u>, Case No. 6:13-cr-94-Orl-37GJK. In addition, the defendant provided timely and truthful information to the United States in the investigation of Aaron Dixon, who is pending prosecution in North Carolina, and has agreed to testify in that prosecution.

Specifically, defendant immediately began cooperating when law enforcement agents initially questioned her and she provided truthful information regarding her role and the role of others in the sexual exploitation of minor children.  She also consented to the search and seizure of her electronic storage devices.  A short time later, during an interview pursuant to Fed. R. Crim. P. 11, defendant provided truthful and reliable information regarding Jonathan Adleta's role in the sexual exploitation of minor children, including information that Jonathan Adleta currently had access to minor children.  The United States obtained an arrest warrant for Jonathan Adleta and a search warrant for his home.  During the execution of the search warrant, law enforcement agents interviewed Samantha Bryant, who lived at the home and who confessed to sexually exploiting minor children with Jonathan Adleta.  Samantha Bryant was arrested and pled guilty to two counts of child sexual abuse in <u>State of Oklahoma v. Samantha Jo Bryant</u>, CF-2013-1556.  Bryant and was sentenced to 45 years in state prison.

Defendant also testified truthfully at the trial of Jonathan Adleta, and has agreed to testify in the case against Aaron Dixon.

The United States believes that, because of her efforts on behalf of the United States, defendant should receive a two-level reduction in her offense level of 43 for her assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

>Respectfully submitted,
>
>A. LEE BENTLEY, III
>Acting United States Attorney
>
>By:  *s/ Karen L. Gable*
>Karen L. Gable
>Assistant United States Attorney
>United States Attorney No. 025
>400 W. Washington Street, Suite 3100
>Orlando, Florida 32801
>Telephone:   (407) 648-7500
>Facsimile:    (407) 648-7643
>E-mail:   karen.gable@usdoj.gov

U.S. v. SARAH JAYNE ADLETA             Case No. 6:13-cr-74-Orl-37GJK

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James Wesley Smith III

> *s/ Karen L. Gable*
> Karen L. Gable
> Assistant United States Attorney
> United States Attorney No. 025
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone: (407) 648-7500
> Facsimile: (407) 648-7643
> E-mail: karen.gable@usdoj.gov