UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                    Case No. 6:13-cr-74-ORL-18GJK

**SARAH ADLETA**,

    **Defendant.**
_____/

**DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR DOWNWARD DEPARTURE BASES ON DEFENDANT'S SUBSTANTIAL SUBSTANCE**

The Defendant, Sarah Adleta, by and through her undersigned attorney, hereby files this response to the government's motion for downward departure for substantial assistance. Doc. 42. The defendant requests that the court grant a departure of at least six levels.

**Background**

As indicated by the government's substantial assistance motion, the defendant upon first coming into contact with law enforcement, immediately admitted to her crimes and took responsibility for them. She consented to several interviews with law enforcement and the information she provided has lead to the apprehension of three individuals who have engaged in the sexual exploitation of children.

Based upon this the government has requested that the court reduce the defendant's guideline range by level by two levels. If this request is granted the defendant's guideline range will be 41-I, which calls for a guideline range of 324-405 months. The statutory maximum in this case for the charged offenses is thirty years. The government has agreed in the plea agreement to recommend

that Ms. Adleta receive a low end guideline sentence. Doc. 32.

## Request for Departure

Ms. Adleta is appreciative of the fact that the United States has fulfilled its promise to file a motion for downward departure. However, Ms. Adleta asks this court to grant at least a six level departure. The government has requested a two level departure, which if granted, would result in a guideline range of 41-I (324-405) months. Ms. Adleta is requesting a six level departure because her cooperation has resulted in the removal of three sexual predators from the street. If this court grants her request the applicable guideline range would be 37-I (210-262).

Had Ms. Adleta's cooperation simply resulted in the conviction of one individual then perhaps a two level reduction would be appropriate. However, her cooperation has resulted in law enforcement being able to capture three individuals who have engaged in the sexual exploitation of children.

The first, Jonathan Adleta, was recently convicted after going to trial. Ms. Adleta's testimony was the foundation of the prosecution's case. In explicit detail, Ms. Adleta admitted to her crimes and provided the essential testimony necessary for the conviction of Jonathan Adleta. This court witnessed Ms. Adleta's testimony. Her candor, admission of responsibility, and recognition of her own role in these crimes were clear and apparent.

At no point has Ms. Adleta attempted to do anything other than make amends for her crimes. The jury's verdict in the case against Jonathan Adelta is a recognition of her credibility and her effectiveness as a witness.

In addition to helping secure the conviction of Jonathan Adleta, Ms. Adleta's cooperation has lead to the arrest and prosecution of Samantha Bryant who was engaging in the sexual

exploitation of children. Finally, Ms. Adleta's cooperation has lead to the arrest of Aaron Dixon who has also engaged in the sexual exploitation of children.

In summary, as a result of her cooperation, state and federal authorities have been able to protect children from two sexual predators and are likely to secure the successful prosecution of a third predator. Most importantly, the children who were being exploited by these individuals have been rescued.

There is no doubt about the fact that the offenses Ms. Adleta has pleaded guilty to are quite serious. However sufficient credit should be given for her substantial assistance. Given her lack of criminal history, her plea of guilty and acceptance of responsibility, and her substantial assistance that has resulted in the apprehension of three individuals who have engaged in the sexual exploitation of children, Ms. Adleta requests that this court grant at least a six level reduction.

    Respectfully submitted,

    DONNA LEE ELM
    FEDERAL DEFENDER

    */s/ James W. Smith, III*
    James W. Smith, III
    Assistant Federal Defender
    Florida Bar No. 0096438
    201 S. Orange Avenue, Suite 300
    Orlando, FL 32801
    Telephone: 407-648-6338
    Fax: 407-648-6095
    E-Mail: james_smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Response to Government's Motion for Downward Departure* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the following: **Karen Gable**, Assistant United States Attorney, this the 24th day of October, 2013.

                                                            */s/ James W. Smith, III*
                                                            Assistant Federal Defender
                                                            Counsel for Defendant